| Time Index | Work Date | Tkpr Name | Title | Narrative | Matter Name | Work Amount | Work Hours |
|---|---|---|---|---|---|---|---|
| 100552772 | 1/9/2018 | Sorcic Hannah | Counsel | Strategize regarding options for responding to plaintiff's various frivolous filings with the Court. | Nelson, Michelle (Dispute) | 181.5 | 0.4 |
| 100552771 | 1/9/2018 | Sorcic Hannah | Counsel | Review plaintiff's reply in opposition to Magistrate's Report and Recommendation. | Nelson, Michelle (Dispute) | 136.13 | 0.3 |
| 100518368 | 1/4/2018 | Sorcic Hannah | Counsel | Review additional filings submitted by plaintiff relating to discovery dispute and magistrate judge's report and recommendation for dismissal. | Nelson, Michelle (Dispute) | 272.25 | 0.6 |
| 100486891 | 12/26/2017 | Sorcic Hannah | Counsel | Continue drafting response to Plaintiff's Objections, Supplemental Objections to Magistrate's Report and Recommendation and newly filed Motion for a Discovery Conference. | Nelson, Michelle (Dispute) | 1,991.25 | 4.5 |
| 100429392 | 12/27/2017 | Sorcic Hannah | Counsel | Review, redact and gather exhibits to response to Plaintiff's Objections to Report and Recommendation and Plaintiff's Motion for Discovery Conference, in furtherance of filing same. | Nelson, Michelle (Dispute) | 442.5 | 1 |
| 100428801 | 12/27/2017 | Sorcic Hannah | Counsel | Supplement draft response to plaintiff's objections to report and recommendation and motion for discovery conference, in furtherance of sending to J. McGlinn for review and edit prior to filing. | Nelson, Michelle (Dispute) | 708 | 1.6 |
| 100381948 | 12/21/2017 | Sorcic Hannah | Counsel | Continue drafting response to plaintiff's objections to Magistrate's Report and Recommendation for dismissal. | Nelson, Michelle (Dispute) | 265.5 | 0.6 |
| 100381936 | 12/21/2017 | Sorcic Hannah | Counsel | Review plaintiff's supplemental response to magistrate's report and recommendation for dismissal of case and award of costs and fees to Ricoh. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 100381899 | 12/18/2017 | Sorcic Hannah | Counsel | Review plaintiff's response and objections to Magistrate's Report and Recommendation for dismissal of case. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 100302437 | 12/14/2017 | Sorcic Hannah | Counsel | Prepare correspondence to magistrate judge regarding status of outstanding discovery after filing motion to compel, in light of magistrate's report and recommendation to dismiss complaint and award costs and fees to Ricoh. | Nelson, Michelle (Dispute) | 973.5 | 2.2 |
| 100302436 | 12/14/2017 | Sorcic Hannah | Counsel | Review correspondence from plaintiff's counsel regarding discovery issues, including threatened motion to compel, unfounded accusation of canceling a deposition plaintiff never noticed, request for mediation and request for joint motion to continue motion to compel, and prepare return correspondence to plaintiff disputing claims in light of pending Report and Recommendation for dismissal of complaint. | Nelson, Michelle (Dispute) | 309.75 | 0.7 |

| 100302219 | 12/11/2017 | Sorcic Hannah | Counsel | Confer with magistrate's clerk regarding report and recommendation for dismissal and prior communication with magistrate's chambers regarding stipulation to continue motion to compel hearing, in furtherance of assessing whether Ricoh should provide additional written materials regarding status of discovery completion, and prepare memorandum documenting same. | Nelson, Michelle (Dispute) | 265.5 | 0.6 |
|---|---|---|---|---|---|---|---|
| 100302158 | 12/10/2017 | Sorcic Hannah | Counsel | Review correspondence from plaintiff's counsel regarding discovery matters and request to adjourn plaintiff's previously cancelled deposition. | Nelson, Michelle (Dispute) | 132.75 | 0.3 |
| 100185142 | 12/7/2017 | Sorcic Hannah | Counsel | Confer with magistrate's clerk regarding request to enter and continue motion to compel for one week, in light of plaintiff's counsel's promise to complete all discovery responses by next week. | Nelson, Michelle (Dispute) | 132.75 | 0.3 |
| 100185141 | 12/7/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding status of discovery supplementation, in light of pending motion to compel and rule to show cause. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 100113306 | 12/3/2017 | Sorcic Hannah | Counsel | Confer with plaintiff's counsel regarding request to meet and confer regarding Ricoh's objection to plaintiff's discovery requests. | Nelson, Michelle (Dispute) | 44.25 | 0.1 |
| 100095357 | 11/29/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding discovery disputes, in light of pending Rule to Show Cause. | Nelson, Michelle (Dispute) | 132.75 | 0.3 |
| 100062998 | 11/30/2017 | Sorcic Hannah | Counsel | Prepare for and conduct meet and confer with plaintiff's counsel regarding discovery deficincies in light of pending motion to compel and send correspondence memorailizing same. | Nelson, Michelle (Dispute) | 354 | 0.8 |
| 100062856 | 11/28/2017 | Sorcic Hannah | Counsel | Prepare correspondence to plaintiff's counsel regarding outstanding discovery responses, in light of Court ordered rule to show cause on same. | Nelson, Michelle (Dispute) | 354 | 0.8 |
| 99962351 | 11/21/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding discovery diputes, in furtherance of resolving pending motion to compel. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 99962343 | 11/20/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding outstanding discovery issues, in hope of resolving without hearing on pending motion to compel. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 99962332 | 11/19/2017 | Sorcic Hannah | Counsel | Exchange emails with plaintiff's counsel regarding discovery issues, in an effort to resolve pending motion to compel. | Nelson, Michelle (Dispute) | 88.5 | 0.2 |
| 99887724 | 11/16/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding partial compliance with pending motion to compel discovery responses. | Nelson, Michelle (Dispute) | 132.75 | 0.3 |
| 99887722 | 11/16/2017 | Sorcic Hannah | Counsel | Continue reviewing plaintiff's written discovery responses in furtherance of assessing open items on pending motion to compel. | Nelson, Michelle (Dispute) | 531 | 1.2 |
| 99887715 | 11/15/2017 | Sorcic Hannah | Counsel | Continue reviewing plaintiff's written discovery responses, in furtherance of meeting and conferring regarding deficiencies in light of pending motion to compel. | Nelson, Michelle (Dispute) | 354 | 0.8 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 99887704 | 11/14/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding partial compliance with pending motion to compel, demand to complete discovery responses and adjournment of plaintiff's deposition. | Nelson, Michelle (Dispute) | 309.75 | 0.7 |
| 99887696 | 11/13/2017 | Sorcic Hannah | Counsel | Exchange correspondence with plaintiff's counsel regarding outstanding discovery issues and pending motion to compel. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 99722172 | 11/2/2017 | Sorcic Hannah | Counsel | Review court order referring motion to compel to magistrate judge. | Nelson, Michelle (Dispute) | 44.25 | 0.1 |
| 99722160 | 11/2/2017 | Sorcic Hannah | Counsel | Finalize motion to compel discovery responses and for sanctions and prepare same for filing. | Nelson, Michelle (Dispute) | 486.75 | 1.1 |
| 99657086 | 10/31/2017 | Sorcic Hannah | Counsel | Continue drafting motion to compel compliance with discovery obligations and request for sanctions. | Nelson, Michelle (Dispute) | 663.75 | 1.5 |
| 99657085 | 10/31/2017 | Sorcic Hannah | Counsel | Exchange emails with plaintiff's counsel regarding failure to meet discovery obligations and intended motion to compel. | Nelson, Michelle (Dispute) | 265.5 | 0.6 |
| 99657045 | 10/30/2017 | Sorcic Hannah | Counsel | Conduct final meet and confer with plaintiff's counsel regarding delinquent discovery prior to filing motion to compel. | Nelson, Michelle (Dispute) | 44.25 | 0.1 |
| 99592631 | 10/27/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding outstanding discovery. | Nelson, Michelle (Dispute) | 265.5 | 0.6 |
| 99592607 | 10/26/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding final request to comply with discovery obligations before filing motion to compel and for sanctions against plaintiff. | Nelson, Michelle (Dispute) | 88.5 | 0.2 |
| 99417044 | 10/10/2017 | Sorcic Hannah | Counsel | Continue to meet and confer with plaintiff's counsel regarding overdue discovery responses. | Nelson, Michelle (Dispute) | 354 | 0.8 |
| 99417036 | 10/11/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding discovery disputes in an attempt to avoid filing motion to compel. | Nelson, Michelle (Dispute) | 309.75 | 0.7 |
| 99416880 | 10/9/2017 | Sorcic Hannah | Counsel | Begin drafting motion to compel plaintiff to comply with discovery obligations. | Nelson, Michelle (Dispute) | 354 | 0.8 |
| 99416879 | 10/9/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding failure to comply with discovery obligations and threatened motion to compel. | Nelson, Michelle (Dispute) | 221.25 | 0.5 |
| 98646333 | 8/16/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding failure to respond to discovery and plan to remedy same. | Nelson, Michelle (Dispute) | 88.5 | 0.2 |
| 98646322 | 8/15/2017 | Sorcic Hannah | Counsel | Prepare meet and confer letter to plaintiff's counsel regarding failure to comply with any of the discovery rules and demanding remediation of same, or threatening to file motion to compel. | Nelson, Michelle (Dispute) | 265.5 | 0.6 |
| 98504244 | 7/11/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding overdue Rule 26 disclosures. | Nelson, Michelle (Dispute) | 44.25 | 0.1 |
| 98503982 | 8/2/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding discovery disputes. | Nelson, Michelle (Dispute) | 265.5 | 0.6 |
| 98484141 | 7/5/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding Plaintiff's overdue Rule 26 disclosures. | Nelson, Michelle (Dispute) | 88.5 | 0.2 |

| 98484127 | 7/25/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding failure to produce Rule 26 disclosures or acknowledge draft protective order required for production of Ricoh documents. | Nelson, Michelle (Dispute) | 88.5 | 0.2 |
|---|---|---|---|---|---|---|---|
| 98484121 | 7/26/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding overdue Rule 26 Disclosures, status of protective order, and collection of plaintiff's document production. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 98484117 | 7/27/2017 | Sorcic Hannah | Counsel | Meet and confer with Plaintiff's counsel regarding document production. | Nelson, Michelle (Dispute) | 177 | 0.4 |
| 98079713 | 6/30/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding overdue Rule 26 disclosures and protective order required for Ricoh's production of documents. | Nelson, Michelle (Dispute) | 112.5 | 0.3 |
| 98079667 | 6/26/2017 | Sorcic Hannah | Counsel | Meet and confer with plaintiff's counsel regarding status of discovery. | Nelson, Michelle (Dispute) | 112.5 | 0.3 |

**Totals:**   **13691.63**   **31**