| Time Index | Work Date | Tkpr Name | Title | Narrative | Matter Name | Work Amount | Work Hours |
|---|---|---|---|---|---|---|---|
| 100575503 | 1/10/2018 | Weiner, Adam J. | Associate | Draft, revise, and file response to plaintiff's various filings; email to opposing counsel regarding discovery. | Nelson, Michelle (Dispute) | 516 | 1.6 |
| 100561868 | 1/9/2018 | Weiner, Adam J. | Associate | Review Plaintiff's new filing. | Nelson, Michelle (Dispute) | 96.75 | 0.3 |
| 100450798 | 12/29/2017 | Weiner, Adam J. | Associate | Legal research in furtherance of Response to Plaintiff's objections. | Nelson, Michelle (Dispute) | 612.75 | 1.9 |
| 100443381 | 12/26/2017 | Weiner, Adam J. | Associate | Revise Response to Plaintiff's objections and motion for discovery conference. | Nelson, Michelle (Dispute) | 290.25 | 0.9 |
| 100393939 | 12/21/2017 | Weiner, Adam J. | Associate | Revise response to Report & Recommendation based on flash drive. | Nelson, Michelle (Dispute) | 483.75 | 1.5 |
| 100393934 | 12/21/2017 | Weiner, Adam J. | Associate | Review Plaintiff's Supplemental Response to R&R. | Nelson, Michelle (Dispute) | 96.75 | 0.3 |
| 100362287 | 12/19/2017 | Weiner, Adam J. | Associate | Draft response to Plaintiff's objections to magistrate's recommendation that case be dismissed; compile and prepare exhibits. | Nelson, Michelle (Dispute) | 1,128.75 | 3.5 |
| 100348077 | 12/18/2017 | Weiner, Adam J. | Associate | Review Plaintiff's Response to R&R. | Nelson, Michelle (Dispute) | 129 | 0.4 |
| 100291436 | 12/14/2017 | Weiner, Adam J. | Associate | Revise letter to court regarding motion to compel and show cause developments. | Nelson, Michelle (Dispute) | 32.25 | 0.1 |
| 100174766 | 12/7/2017 | Weiner, Adam J. | Associate | Meet and confer with opposing counsel. | Nelson, Michelle (Dispute) | 96.75 | 0.3 |
| 100172891 | 12/6/2017 | Weiner, Adam J. | Associate | Prepare for meet and confer with opposing counsel. | Nelson, Michelle (Dispute) | 548.25 | 1.7 |
| 100057944 | 11/30/2017 | Weiner, Adam J. | Associate | Meet and confer by phone with opposing counsel regarding deficient discovery. | Nelson, Michelle (Dispute) | 64.5 | 0.2 |
| 100045100 | 11/29/2017 | Weiner, Adam J. | Associate | Prepare for meet and confer with opposing counsel regarding deficient discovery. | Nelson, Michelle (Dispute) | 129 | 0.4 |
| 99628888 | 10/31/2017 | Weiner, Adam J. | Associate | Plan and prepare for motion to compel discovery responses. | Nelson, Michelle (Dispute) | 225.75 | 0.7 |
| | | | | | **Totals:** | **4450.5** | **13.8** |